78,589-02

IN THE TEXAS COURT OF CRIMINAL APPEALS

EX PARTE ALBERT RAY MASON,

APPLICANT.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

WRIT NO.  WR-78, 589 - 02

From the 252ND District Court of Jefferson County, No. 89-52320-B

## OBJECTIONS TO TRIAL COURT FINDINGS AND CONCLUSIONS

COMES NOW Albert Mason, Applicant, and files this Objectons to Trial Couurt Findings and Conclusions, and in support thereof would show as follows:

Mason objects to the trial court's erroneous statemnt that Mason did not allege collateral consequences in this habeas corpus. On page 6 of the 11.07 form Mason mentions collateral consequences of a "lifetime of registering as a sex offender and  restrictions thereof." On pages 3, 14, and 16 of thememorandum attached to the 11.07 form collateral consequences is mentioned. A seprate motion to allow the 11.07 was filed expressly addressing the collateral consequances. Collateral consequences was definitely allegedas Mason has to register for life as a sex offender, and this was in the 11.07 several times.

Respectfully submitted,

Albert Mason #1713150
Huntsville Unit
815 12Th St.
Huntsville, TX 77348

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## EX PARTE ALBERT RAY MASON,

## APPLICANT.

---

### WRIT NO.  WR-78, 589 - 02

---

From the 252ND District Court of Jefferson County, No. 89-52320-B

---

### OBJECTIONS TO TRIAL COURT FINDINGS AND CONCLUSIONS

COMES NOW Albert Mason, Applicant, and files this Objectons to Trial Couurt Findings and Conclusions, and in support thereof would show as follows:

Mason objects to the trial court's erroneous statemnt that Mason did not allege collateral consequences in this habeas corpus. On page 6 of the 11.07 form Mason mentions collateral consequences of a "lifetime of registering as a sex offender and  restrictions thereof." On pages 3, 14, and 16 of thememorandum attached to the 11.07 form collateral consequences is mentioned. A seprate motion to allow the 11.07 was filed expressly addressing the collateral consequances. Collateral consequences was definitely allegedas Mason has to register for life as a sex offender, and this was in the 11.07 several times.

Respectfully submitted,

Albert Mason #1713150
Huntsville Unit
815 12Th St.
Huntsville, TX 77348

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## EX PARTE ALBERT RAY MASON,

### APPLICANT.

---

## WRIT NO. WR-78, 589 - 02

---

From the 252ND District Court of Jefferson County, No. 89-52320-B

---

### OBJECTIONS TO TRIAL COURT FINDINGS AND CONCLUSIONS

COMES NOW Albert Mason, Applicant, and files this Objectons to Trial Couurt Findings and Conclusions, and in support thereof would show as follows:

Mason objects to the trial court's erroneous statemnt that Mason did not allege collateral consequences in this habeas corpus. On page 6 of the 11.07 form Mason mentions collateral consequences of a "lifetime of registering as a sex offender and restrictions thereof." On pages 3, 14, and 16 of thememorandum attached to the 11.07 form collateral consequences is mentioned. A seprate motion to allow the 11.07 was filed expressly addressing the collateral consequances. Collateral consequences was definitely allegedas Mason has to register for life as a sex offender, and this was in the 11.07 several times.

Respectfully submitted,

Albert Mason #1713150
Huntsville Unit
815 12Th St.
Huntsville, TX 77348

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## EX PARTE ALBERT RAY MASON,
### APPLICANT.

## WRIT NO. WR-78,589 - 02

From the 252ND District Court of Jefferson County, No. 89-52320-B

## OBJECTIONS TO TRIAL COURT FINDINGS AND CONCLUSIONS

COMES NOW Albert Mason, Applicant, and files this Objectons to Trial Couurt Findings and Conclusions, and in support thereof would show as follows:

Mason objects to the trial court's erroneous statemnt that Mason did not allege collateral consequences in this habeas corpus. On page 6 of the 11.07 form Mason mentions collateral consequences of a "lifetime of registering as a sex offender and restrictions thereof." On pages 3, 14, and 16 of thememorandum attached to the 11.07 form collateral consequences is mentioned. A seprate motion to allow the 11.07 was filed expressly addressing the collateral consequances. Collateral consequences was definitely allegedas Mason has to register for life as a sex offender, and this was in the 11.07 several times.

Respectfully submitted,

Albert Mason #1713150
Huntsville Unit
815 12Th St.
Huntsville, TX 77348